No. 11–7514. SANDERS *v.* MIDLAND FUNDING LLC. C. A. 4th Cir. Certiorari denied. 

No. 11–7525. LEWIS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7529. MEEKS *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–7531. BROWN *v.* CIVIGENICS ET AL. C. A. 5th Cir. Certiorari denied. 

No. 11–7540. BARKER *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 11–7542. KNIGHT *v.* MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–7543. POLK *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–7555. WILSON *v.* OLLISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7565. ROBERSON *v.* OHIO. Ct. App. Ohio, Lorain County. Certiorari denied. 

No. 11–7597. McKINNON *v.* LAVALLEY, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. 

No. 11–7602. SMITH *v.* METRISH, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 11–7607. ANDERSON *v.* PRELESNIK, WARDEN. C. A. 6th Cir. Certiorari denied.

